IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Warren Twain Price, Jr. and Ikiea D. Price,<br>Debtors. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>16-12891/AMC |
| Nationstar Mortgage LLC,<br>Movant,<br>v.<br>Warren Twain Price, Jr. and Ikiea D. Price,<br>Debtors,<br><br>William C. Miller, Trustee,<br>Additional Respondent. | |

## CERTIFICATION OF DEFAULT

Kevin S. Frankel, Esquire, Attorney for Movant, certifies that Debtors have defaulted upon the terms of this Court's Stipulation and Order dated October 7, 2016. It is further certified that the attached notice, marked as Exhibit "A," was served upon the Debtors and Debtors' Attorney on June 4, 2019. The Debtors have failed to cure the default as set forth in the Notice.

The Debtors have failed to make the following payments:

| | |
|---|---|
| Regular payments of $863.77 from April 1, 2019 through June 1, 2019 | $2,591.31; |
| Attorney Fees associated with this default | $250.00 |
| Less Debtor's Suspense | $(737.99) |
| **TOTAL DEFAULT** | **$2,103.32** |

Accordingly, pursuant to the Stipulation and Order, Movant respectfully requests this Court to enter the attached Order granting Movant relief from the automatic stay.

                                      Respectfully submitted,

Dated: June 20, 2019                           BY:/s/ Kevin S. Frankel
                                                          Kevin S. Frankel, Esquire
                                                          Shapiro & DeNardo, LLC
                                                          3600 Horizon Drive, Suite 150
                                                          King of Prussia, PA 19406
                                                          (610) 278-6800/ fax (847) 954-4809
S&D File #:16-053055                        PA BAR ID #318323
                                                          kfrankel@logs.com
                                                          pabk@logs.com